UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number: 12-13813 ABA

Debtor: Gene L. & Randi D. Sheppard

| Check Number | Creditor | Amount |
|---|---|---|
| 1854952 | JPMorgan Chase Bank, N.A. | 9559.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 5, 2014